154 A.3d 676

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF-RESPONDENT, v. K.G., DEFENDANT-PETITIONER AND V.M., SR., DEFENDANT. IN THE MATTER OF V.M., JR., A MINOR-RESPONDENT.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005370-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 676

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JUAN PEETS, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000720-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.